PER CURIAM.

(No. 75-CC-499— )

WILLIAM J. SABATINI, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 26, 1975.*

WILLIAM SABATINI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.